# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-08373-PA (KSx) | Date" | March 44, 2017 |
|---|---|---|---|
| Title | Gary Lunsford  v. Arrowhead Brass Plumbing, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| V.R. Vallery | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**     Order to Show Cause Re: Dismissal For Lack Of Prosecution

The Court has reviewed the plaintiff's response to this Court's Order to Show Cause issued on March 2, 2017.  The Court hereby continues the deadline for plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution to **March 27, 2017.**  Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | VRV |