SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN J. O'NEIL, Cal. Bar No. 127120
soneil@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile:  213.620.1398

Attorneys for Defendant, ARROWHEAD BRASS & PLUMBING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GARY LUNSFORD,<br><br>            Plaintiff,<br><br>      v.<br><br>ARROWHEAD BRASS PLUMBING and ARROWHEAD BRASS & PLUMBING, LLC,<br><br>            Defendants. | Case No. 2:16-CV-08373<br><br>**RESPONSE OF DEFENDANT ARROWHEAD BRASS & PLUMBING TO ORDER TO SHOW CAUSE DATED APRIL 21, 2017** |

In response to the Court's Order to Show Cause dated April 21, 2017, counsel Stephen J. O'Neil of Sheppard, Mullin, Richter & Hampton LLP, attorneys for Defendant Arrowhead Brass & Plumbing, LLC, responds as follows:

The Court's Order to Show Cause dated April 21, 2017 seeks an explanation for the Defendant's failure to jointly file a scheduling report no less than 14 days before the Scheduling Conference, which was set for May 1, 2017. As noted in the Joint Report of Parties Planning Meeting pursuant to Fed. R. Civ. Pro. 26(F), which was filed jointly on May 1, 2017, counsel for the Defendant and counsel for the Plaintiff did participate jointly in a telephonic "meet and confer" conference call on April 7, 2017, in which the parties discussed the issues required under Federal Rule of Civil Procedure 26(F). Counsel for the Plaintiff prepared a

draft of the Joint Report and sent it to counsel for Arrowhead Brass & Plumbing, LLC on April 10.

Unfortunately, counsel for the Defendant, Arrowhead Brass & Plumbing, LLC was traveling on April 10 with his family. During that week, Defendant's counsel (Mr. O'Neil) became ill and, due to his sickness, he was unable to conduct work during that week. As a result, counsel for the Defendant fell behind on his work and did not respond in a timely fashion to the draft that was prepared by Plaintiff's counsel.

Counsel for Arrowhead Brass & Plumbing, LLC has since engaged in the exchange of drafts of the Joint Report, and the Joint Report was filed on May 1, 2017. Counsel for the Defendant apologizes to the Court and opposing counsel for missing this deadline.

Dated: May 5, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Stephen J. O'Neil
STEPHEN J. O'NEIL

Attorneys for Defendant, ARROWHEAD BRASS & PLUMBING, LLC

PROOF OF SERVICE

**Gary Lunsford v. Arrowhead Brass Plumbing and Arrowhead Brass & Plumbing, LLC**
**2:16-CV-08373**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On May 5, 2017, I served true copies of the following document(s) described as **RESPONSE OF DEFENDANT ARROWHEAD BRASA & PLUMBING TO ORDER TO SHOW CAUSE DATED APRIL 21, 2017** on the interested parties in this action as follows:

| | |
|---|---|
| Evan J. Smith, Esq.<br>Ryan Cardona, Esq.<br>BRODSKY & SMITH, LLC<br>9595 Wilshire Blvd., Ste. 900<br>Beverly Hills, CA 90212 | Attorneys for Plaintiff Gary Lunsford<br>Tel: 877-534-2590<br>Fax: 310-247-0160<br>esmith@brodsky-smith.com<br>rcardona@brodsky-smith.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 5, 2017, at Los Angeles, California.

_____
Valerie Arriola