UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GARY LUNSFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARROWHEAD BRASS PLUMBING And ARROWHEAD BRASS & PLUMBING, LLC.<br><br>　　　　Defendants. | Case No. 2:16-cv-08373-PA-KS<br><br>**DECLARATION OF PETER KOZELKA IN SUPPORT OF UNITED STATES' OPPOSITION TO ENTRY OF THE PROPOSED CONSENT DECREE**<br><br>The Honorable Percy Anderson |

I, Peter Kozelka, declare as follows:

1. I am currently employed by the U.S. Environmental Protection Agency ("EPA"), Region IX, as an Environmental Scientist in the Clean Water Act ("CWA") National Pollutant Discharge Elimination System ("NPDES") Permits Office, Water Division. I have been employed by EPA since 1997.

2. I hold a Bachelor of Arts in biology from Beloit College, awarded in 1983, and a Doctorate of Philosophy in chemistry from the University of California, Santa Cruz, awarded in 1996, which focused on the fate and transport of heavy metals in estuarine waters.

3. In my current position, I review and provide oversight of NPDES permits to the State of California and its local Regional Water Boards. I also consult and provide technical assistance to State staff on various stormwater permits. I am familiar with California's General Permit for Stormwater Discharges Associated with Industrial Activities ("General Permit").

4. In my previous position, at the EPA Monitoring and Assessment Office, I was responsible for reviewing submissions from the State of California to EPA Region IX relating to water quality standards under CWA Section 303(d), as well as drafting EPA decision documents relating to those submissions. I was also

involved in the review and approval/disapproval of total maximum daily load ("TMDL") documents that are submitted by the State to EPA Region IX.

5. As part of my duties, both in the NPDES Office and the Monitoring and Assessment Office, I have become familiar with the Los Angeles River watershed and its various pollutant sources and permitted facilities.

6. The General Permit directs stormwater permittees to collect facility discharge samples during rain events. According to the General Permit fact sheet, permittees must collect four "grab" samples per year. A grab sample is a single sample representing a short or instantaneous timespan, i.e., the amount of time needed to fill the sample bottle. A grab sample is different from a composite sample, which is composed of several samples collected over a longer period of time and combined. A single aliquot is collected from this combined sample.

7. Using my best professional judgment, if a permittee collects a grab sample, the results are more appropriately compared to the acute 1-hour benchmark or water-quality standard.

8. If the permittee collects a composite sample over a 24- or 48-hour timespan, then the results are most appropriately compared to the 4-day benchmark or water-quality standard.

9. Based on preliminary research involving storm-drain maps and Google's map application, the Arrowhead facility is located in Alhambra, California, in the center of the Los Angeles area, and its stormwater runoff will travel through storm drains before reaching the Los Angeles River. *See* Figure 1.

10. According to storm-drain maps, the discharge point into the Los Angeles River is near the Highway 101/ Highway 10 overpass. (The Los Angeles River at the Highway 101 overpass is approximately 21 miles upstream of the uppermost section of the Los Angeles River Estuary, where saltwater standards would apply.) The Los Angeles River is freshwater at this point and only freshwater water quality standards would apply. The Los Angeles River at the Highway 101 overpass is approximately 21 miles upstream of the uppermost section of the Los Angeles River Estuary, where saltwater standards would apply. *See* Figure 2. Thus, the discharge point into the Los Angeles River is at a location that is definitively freshwater.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of June, 2018, in San Francisco, California.

Peter Kozelka

3

**Figure 1**



Figure 1. A storm-drain map related to the Arrowhead Brass Plumbing facility in Alhambra, CA.

**Figure 2**



Figure 2. Google Maps presenting the storm-drain discharge point into the Los Angeles River at 101/10 Freeway to the upper reach of Los Angeles River at Willow Ave. According to Google Maps, the distance is 21 miles.